AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>SHAWN CHRISTOPHER POWELL,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:25-mj-069<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 12, 2025 - August 20, 2025  in the county of  Cass  in the Southern District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illegal Sexual Activity |
| 18 U.S.C. § 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Amber Mann, Special Agent, FBI
*Printed name and title*

Date: September 5, 2025

*Judge's signature*

City and state:  Council Bluffs, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
4:05 pm, Sep 05 2025

ECF 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal No. 1:25-mj-069 |
|                            ) | |
| v.                         ) | AFFIDAVIT |
|                            ) | |
| SHAWN CHRISTOPHER POWELL,  ) | |
|                            ) | UNDER SEAL |
| Defendant.                 ) | |
|                            ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Amber Mann, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been since 2019. I am currently assigned to the FBI Omaha Field Office's Child Exploitation and Human Trafficking Task Force, charged with investigating violent crimes against children, including sexual exploitation of children, child sexual abuse material, child prostitution, and human sex trafficking violations. Prior to joining the FBI, I was an investigator and Special Agent for Bureau of Alcohol Tobacco Firearms and Explosives for nine years. My training and experience as a Special Agent, my participation in the investigation of child sexual abuse material and child prostitution violations, and my conversations with other law enforcement officials familiar with child exploitation and child sexual abuse material, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein. This affidavit is based upon information I have gained through my

1



training and experience and my investigation of this matter, as well as upon information relayed to me by other individuals engaged in this investigation, specifically law enforcement officers with the FBI and other law enforcement agencies.

2. I have received relevant training in child pornography, child exploitation, and sex trafficking investigations from the FBI Academy in Quantico, Virginia. I have also acquired knowledge and information about the means and methods of child pornography, child exploitation, and sex trafficking investigations, to include informal training, other law enforcement officers and investigators, informants, persons whom I have arrested and/or interviewed, and my participation in multiple investigations related to child pornography, child exploitation, and sex trafficking investigations. The aforementioned investigations ultimately led to the arrests and convictions of those persons who violated those federal crimes.

## PURPOSE OF THIS AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for, Shawn Christopher Powell, Date of Birth: XX/XX/1973. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally, and through written reports.

## OVERVIEW OF INVESTIGATION

4. On May 12, 2025, while working in an undercover capacity, posing as a 13-year-old female, a Cass County Iowa Deputy (hereinafter referred to as UC, meaning Undercover Law Enforcement Officer) created a profile on the website: Reddit.com. Reddit is a social news aggregation, web, content rating, and discussion website. Features include chat and allowing users to post and share photos and videos. Posts are organized by subject into user-created boards called "subreddits".

5. Once the UC logged into his profile, the UC posted on the subreddit Meet_SugaryDaddy "Skipped school what's going on today." The UC was subsequently contacted by a subject with the username: Bitter-Jeweler1133. The subject asked how old the UC was who responded, "Almost 14." The subject responded "Oh my I'm 51 do you still want to chat?" The UC advised the subject, "Ya I lik older guys." The subject responded, "Good girl." The subject continued to chat with the UC.

6. The subject sent two pictures of himself in the gym and stated he lived in Knoxville, Tennessee. The subject asked if the UC was single and stated, "I'll be your boyfriend-online anyway." The subject stated, "One day - when you're ready - we can see each other I'll wait as long as necessary, you're worth the wait!" The UC asked the subject what would happen if they met. The subject stated, "That's up to you babydoll I'm not looking to throw u on your bed and have my way with you right away You deserve better than that I believe in slow seduction angel...... that's what you need."

7. The subject stated his name was "Chris" and his phone number was 865-

256-7854. An open-source search revealed the phone number belonged to Shawn Christopher Powell from 8002 Powell Heights, Powell, Tennessee. Powell eventually sent a screenshot of an order he made for UC that had Powell's name and address listed on the front. Powell was ordering clothing items and stuffed animals for the UC.

8.     During the 3-month conversation between Powell and the UC, Powell made plans to come to Cass County, Iowa, on August 20, 2025, to spend time in a hotel with UC. Powell stated the UC would have to pretend to be his daughter due to their age difference. When Powell came to Iowa, Powell promised to bring sex toys, condoms, and outfits he bought for UC. Powell also stated he was bringing, alcohol, Busprione and marijuana edibles to use with UC. Busprione is anxiolytic drug primarily used for the treatment of generalized anxiety disorder but is not classified as a controlled substance in the United States. Below is the conversation regarding the medication:

> 8/7/2025- Bitter-Jeweler1133: I got these (Bitter-Jeweler1133 sent a picture of Drops Hemp Jelies in a green container that stated "20 pieces") I want my little girl feeling good
>
> UC: Ooo sweet
>
> Bitter-Jeweler1133: I took one about half an hour ago-pretty high rn I'm surprised hope they work the same on you ❤ I want you bad little girl looking forward to playing with your tight smooth little body U mean so much to me angel be a good girl for me! I'll dream of you ❤

8/17/2025- Bitter-Jeweler1133: Sounds good babe good luck finishing the clean out I want you to take a hot shower change into your tightest panties and a

comfortable t shirt u deserve a reward for ur hard work I scored some buspirone for our playdate How did the cleaning go angel?

UC: Just got bak soo gross gonna take a shower ASAP!! What is buspirpne lol

Bitter-Jeweler1133: It's for anxiety, gets me pretty high and relaxed Only take it if you want babe-yes take a shower you'll feel sooooooooo much better!

9. During the course of the conversations, Powell discussed having oral and vaginal sex with the UC on several occasions:

6/22/2025-Bitter-Jeweler1133 I thought you would like that "Buttplay" is you relaxing your entire body-every muscle laying on your tummy 😊

UC: lol what is buttplay exactly

Bitter-Jeweler1133: I'll rub your ass with my big hands and push on your cheeks with my thumb Gently spread your asscheeks and gently lick your tight little hole Don't judge it till you've tried it!

7/31/2025-Bitter-Jeweler1133: U relax your neck let daddy do the work While over your pretty face I turn and stick a dildo inside u Daddys dick in your mouth and a cock in u Take it like a good girl ❤️ May I ask u something personal?

5

UC: I can't wait, and yes

Bitter-Jeweler1133: Are you a virgin? It's fine if you are Just want to know what speed is take things Either way you'll be in good hands with me ❤️

UC: Yes lol

Bitter-Jeweler1133: That's so hot baby We'll work are way to the kinky stuff I'm a patient daddy So I will give you a lot of oral first My little girl will always be treated like a princess Our relationship is about u feeling good You've already made me feel incredible

8/1/2025- Bitter-Jeweler1133: Ummmmmm I fucking adore you princess gonna discover the places that make you tingle Licking and kissing you all over Oh yeah I definitely want to get all of your back to school necessities I'm bringing condoms as well If I don't like the feeling I'll go raw and pull out

UC: What kind of condoms?

Bitter-Jeweler1133: Do you have a preference girl?

UC: lol idc but just bring some i don't wanna be a teenage mom

8/9/2025- Bitter-Jeweler1133: U feeling my fingers gently rubbing ur tender little pussy over your panties ❤️ Daddy's face down there kissing ur panties ur pussy is getting warm and wet Sliding your wet panties off Kissing ur pussy so sweet daddy starts licking U taste so good girl I have to stroke my cock this is every night I wake up hard. I fucking adore you baby ❤️ Soon my big cock will be inside u I want ur sweet little mouth stretched YOUR THE ONLY GIRL THAT MAKES DADDY CUM!!!!! On ur knees look up at me.. My dic is half

erect slapping ur cutie face Open wide feel it enter your mouth Close and seal start humming the vibrations make me cum harder Let me see those big eyes! Can't wait to teach you in person babe Shhhhhhhhh back to sleep angel ty u always make me proud ❤

10. On July 22, 2025, Powell sent seven pictures of a pubescent penis, including one where part of his face was visible. On August 6, 2025, and again on August 11, 2025, Powell sent one picture of a pubescent penis.

11. Powell sent screen shots of a hotel he booked in Johnston, Iowa for one night, as well as a screen shot of the hotel he booked for UC and himself in Atlantic, Iowa for three nights.

12. On August 19, 2025, Cass County Deputies were notified by a Tennessee ICAC (Internet Crimes Against Children) affiliate that Powell left his residence at approximately 4:00 AM. Investigators were able to pull license plate reader information and loosely follow Powell as he drove his 2010 blue Honda CRV through Illinois and into Iowa.

13. On the evening of August 19, 2025, Investigators saw Powell's Honda CRV parked at the Stoney Creek Hotel in Johnston, IA.

14. On August 20, 2025, Powell left the hotel in Johnston, Iowa and continued west towards Cass County, where Powell was expecting to meet the now 14-year-old female he was communicating with (the fictitious girl celebrated a birthday while in communication). At approximately 10:58 AM, Powell arrived at Nodaway Wildlife Area and was taken into custody at approximately 11:00 AM and

7

his phone was seized.

15. During a post Miranda interview, Powell stated he was at Nodaway Wildlife area because, "Well you all know because I met someone on Reddit." "It was someone that was well 13 when I started talking to her and she turned 14." Numerous times throughout the interview, Powell stated everything related to why he was in Iowa would be found on his phone.

16. Investigators asked Powell if he brought anything like condoms. Powell nodded his head and stated, "Condoms." Powell stated the purpose of the condoms was, "To have sex." Investigators asked Powell, "With the minor?" Powell stated, "Yes sir."

17. Investigators asked Powell if he brought sex toys. Powell stated, "Yes sir." Powell stated he brought a dildo, wand, and restraints in the form of handcuffs and ties.

18. Investigators asked Powell if he brought any marijuana, alcohol, or drugs. Powell stated he brought marijuana gummies. Powell brought the gummies, "If she wanted them, if I wanted them to kind of relax."

19. During the interview, Powell also spoke about the clothing he bought and brought with him from Tennessee. The clothing was purchased from DDLGplayground.com. Powell explained the website to be 'Daddy Daughter Little Girl' and fetish website "for adults, obviously".

20. On August 20, 2025, FBI Agents assisted Cass County Deputies initiate a state issued search warrant on Powell's Honda CRV. In the rear cargo area of the

vehicle, Investigators located a tote, previously viewed in images sent in the chats between Powell and the UC. Inside the tote, the following items were located: multiple containers of sexual lubricants, condoms, robes, sex toys, restraints, THC gummies, multiple pairs of panties and clothing, stuffed animals, pickle ball paddle, green leafy substance that appeared to be consistent with marijuana.

21. On August 26, 2025, FBI obtained a District of Nebraska search warrant for Powell's cell phone, due to it being stored in the District of Nebraska. Upon review of the device, the images Powell sent the UC were still present. It also appeared Powell was having numerous conversations with females he encountered on the Internet and attempting to meet in person. Pictures of the same sex toys were sent to other females, yet to be identified. In the "Notes" portion of his phone, Powell not only kept bio information on the UC, but also how much money he was willing to spend on her and gifts he had already purchased for her. Similar notes were created for other females Powell was in communication with.

22. Also, while examining Powell's phone, it was discovered Powell frequented prostitution websites like SkiptheGames.eu. This further proves Powell's intention of meeting what he thought was a 14-year-old girl for sex. There were also four images categorized by investigators as child erotica.

23. Based upon the above facts and circumstances, I believe sufficient probable cause exists to authorize a criminal complaint and arrest warrant for Shawn Christopher Powell, regarding the violation of Travel with Intent to Engage

in Illegal Sexual Activity in violation of Title 18 U.S.C § 2423(b) and Attempted Enticement of a Minor 18 U.S.C. § 2422(b).

*AMBER MANN*
AMBER MANN
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me by telephone or other reliable means this 5th day of September, 2025.

*Helen C. Adams*
Helen C. Adams
United States Magistrate Judge
Southern District of Iowa

10

ECF 1